### GORAM v. CABLE.

*(Supreme Court, General Term, Second Department. February 8, 1892.)*

INTOXICATING LIQUORS—CIVIL DAMAGE—EVIDENCE.
In an action under the civil damage act it appeared that plaintiff's husband and a companion, after consuming between them a pint of whisky, obtained elsewhere, procured from defendant, and drank, each, three glasses of beer, after which they got into a boat to fish, and when a few feet from shore both fell out, and plaintiff's husband was drowned. *Held*, that the evidence was insufficient to show that the deceased and his companion were intoxicated.

Appeal from circuit court, Orange county.

Action by Elizabeth Goram, widow of James Goram, against Hanford R. Cable, under the "civil damage law," for causing the death of her husband by furnishing him with the means of intoxication. There was evidence that deceased and a companion, after consuming a pint of whisky before reaching defendant's place at Glenmere lake, on arriving there drank three glasses of beer each, obtained from defendant, after which they got into a boat, to go fishing. After getting a few feet from the shore, both fell into the water, and plaintiff's husband was drowned. From a judgment for defendant, plaintiff appeals. Affirmed.

Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.

*W. J. Groo*, for appellant. *Greene & Bedell*, for respondent.

PRATT, J. We do not think it proved that deceased was intoxicated on the day of his death. We are not able to say, as a matter of law, that because two men have together consumed a pint of whisky in a day they must both be intoxicated. Judgment affirmed, with costs. All concur.